CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

SEP 14 2011

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

| | | |
|---|---|---|
| JERRY R. OAKS, | ) | Civil Action No. 7:11-cv-00041 |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| DR. PANE, <u>et al.</u>, | ) | By:  Hon. Jackson L. Kiser |
|     Defendants. | ) | Senior United States District Judge |

In accordance with the written Memorandum Opinion entered this day, it is hereby

## ORDERED

that Lambright's motion for summary judgment is **GRANTED**; the claims against Pane are

**DISMISSED without prejudice**, pursuant to 28 U.S.C. § 1915A(b)(1); and the action is

**STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this Order and the accompanying Memorandum

Opinion to plaintiff and counsel of record for the defendants.

**ENTER:** This _14th_ day of September, 2011.

_____
Senior United States District Judge